UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CATHERINE FORET | CIVIL ACTION NO. 06-2153 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| GUFFY LYNN PATTERSON, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Record Document 29) is **GRANTED** and all of Plaintiff's claims against the Louisiana Department of Public Safety and Corrections be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 7th day of September, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE